# EXHIBIT D

Electronically Filed by Superior Court of California, County of Orange, 01/27/2021 09:29:00 PM.
30-2020-01174775-CU-BT-CJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By & Clerk, Deputy Clerk.
Case 8:21-cv-00335-CJC-KES Document 1-5 Filed 02/19/21 Page 2 of 3 Page ID #:44

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>NA<br>JC Attorney Service<br>P.O. Box 28765  Anaheim, CA 92809 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (951) 855-2397 \| FAX NO. \| E-MAIL ADDRESS *(Optional):* jcattorneyservice@gmail.com<br>ATTORNEY FOR *(Name):* Plaintiff: Antoine Daoud et al. | |

**ORANGE COUNTY SUPERIOR COURT**
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92702-0838
BRANCH NAME: SANTA ANA

Dept/Div:

PLAINTIFF: Antoine Daoud et al.

DEFENDANT: SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L. et al.

CASE NUMBER:
30-2020-01174775-CU-BT-CJC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
      **Antoun Sehanoui**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: **8300 Wisconsin Ave #702**
   Bethesda, MD 20814-3185
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **1/22/2021** at *(time):* **3:18 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      **Rodgers abi-zuid - Co-Resident**
      Age: 56 - 60 Weight: 181-200 Lbs Hair: Gray/White Sex: Male Height: 5'7 - 6'0 Eyes: Blue Race: Middle Eastern
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* from *(city):*  **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/20731

| PETITIONER: Antoine Daoud et al. | CASE NUMBER: |
|---|---|
| RESPONDENT: SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L. et al. | 30-2020-01174775-CU-BT-CJC |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                             (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of:
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                       ☐ other:

7. **Person who served papers**
   a. Name: **Kevin James Walker - Precedent Legal Services, Inc.**
   b. Address: **740 13th Street Suite 506  San Diego, CA 92101**
   c. Telephone number: **(619) 550-1589**
   d. **The fee** for service was: **$ 45.00**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner     ☐ employee     ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/24/2021**

**Precedent Legal Services, Inc.**
**740 13th Street Suite 506**
**San Diego, CA 92101**
**www.precedentlegalca.com**

**Kevin James Walker**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*[Signature: Kevin Walker]*