1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Thomas P. O'Brien (State Bar No. 166369)
       tobrien@bgrfirm.com
3  Luke A. Fiedler (State Bar No. 307614)
       lfiedler@bgrfirm.com
4  801 S. Figueroa Street, Suite 2000
   Los Angeles, California 90017
5  Telephone: (213) 725-9800
   Facsimile: (213) 725-9808
6
7  Michael J. Sullivan (BBO# 487210)
       msullivan@ashcroftlawfirm.com
8  ASHCROFT LAW FIRM
   200 State St., 7th Floor, Boston, MA 02109
9  Telephone: (617) 573-9400
   Facsimile: (617) 933-7607
10 *pro hac vice to be filed*

11 *Attorneys for Defendant Antoun Sehnaoui*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DAOUD, an individual, and JOUMANA DAOUD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L., a Société Anonyme Libanaise; ANTOUN SEHNAOUI, an individual; PIKES PEAK NATIONAL BANK, an unknown entity, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:21-CV-00335<br><br>**DECLARATION OF ANTOUN SEHNAOUI IN SUPPORT OF NOTICE OF REMOVAL** |

I, Antoun Sehnaoui, declare as follows:

1. I am competent to testify, and make this declaration based on my personal knowledge of the facts set forth in this Declaration. I make this declaration in support of my Notice of Removal.

2. I am not now, nor have I ever, been a resident of the state of Maryland in the United States.

3. I am not a resident of the United States.

4. I am a citizen and a resident of the Republic of Lebanon.

I declare under penalty of perjury pursuant to the laws of the country of Lebanon that the foregoing is true and correct.

Executed in Nice, France, on this 17th day of February 2021.

/s/ _____
Antoun Sehnaoui