**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>MARC LAZO - SBN 215998<br>K&L LAW GROUP, P.C.<br>2646 Dupont Drive, Suite 60340<br>Irvine, CA 92612<br>TELEPHONE NO.: (949) 216-4000  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): mlazo@kllawgroup.com<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: ANTOINE DAOUD, et al.<br>DEFENDANT/RESPONDENT: SOCIETE GENERALE DE BANQUE, etc., et al., | CASE NUMBER:<br>8:21-cv-00335 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Notice of Removal to Federal Court, Notice of Assignment, Notice of ADR Program

3. a. Party served *(specify name of party as shown on documents served):*
   SOCIETE GENERALE DE BANQUE AU LIBAN, S.A.L., a societe anonyme libanaise

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Arlette Dalloul, Bank General Manager Tel +9613772107

4. Address where the party was served:
   SGBL office, Chtaura, Lebanon

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 03/29/2021  (2) at *(time):* 9:30 AM
   b. [ ] **by substituted service.** on *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: ANTOINE DAOUD, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SOCIETE GENERALE DE BANQUE, etc., et al., | 8:21-cv-00335 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):* Societe Generale De Banque Au Liban, S.A.L, a societe anonyme libanaise
      under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
       [ ] other:

7. **Person who served papers**
   a. Name: **Monir Malko**
   b. Address: **Zahle, Lebanon**
   c. Telephone number: **+96171434695**
   d. **The fee** for service was: $ **50.00**
   e. I am:
      (1) [x] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         [ ] owner    [ ] employee    [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **03/29/2021**

**Monir Malko**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Jean D. Malko*
(SIGNATURE)