BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
   tobrien@bgrfirm.com
Luke A. Fiedler (State Bar No. 307614)
   lfiedler@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Michael J. Sullivan (BBO No. 487210)
   msullivan@ashcroftlawfirm.com
ASHCROFT LAW FIRM
200 State St., 7th Floor, Boston, MA 02109
Telephone: (617) 573-9400
Facsimile: (617) 933-7607
*(pro hac vice)*

*Attorneys for Defendant Société Générale de Banque au Liban, S.A.L.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DAOUD, an individual, and JOUMANA DAOUD, an individual, <br><br>    Plaintiffs, <br><br>v. <br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L., a Société Anonyme Libanaise; ANTOUN SEHNAOUI, an individual; PIKES PEAK NATIONAL BANK, an unknown entity, and DOES 1-100, inclusive, <br><br>    Defendants. | Case No. 8:21-cv-000335-CJC-KES <br><br> **JEANINE KABENGI'S DECLARATION IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Judge: Hon. Cormac J. Carney <br> Date: July 12, 2021 <br> Time: 1:30 p.m. <br> Crtrm: 9B |

1765235.2

Case No. 8:21-cv-00035-CJC-KES
DECLARATION OF JEANINE KABENGI

I, Jeanine Kabengi, declare the following pursuant to 28 U.S.C. § 1746:

### Introduction

1. My name is Jeanine Kabengi. I live in Beit Mery, Lebanon.

2. I have been employed at Société Générale de Banque au Liban, S.A.L. ("SGBL") since 1989. My current title at SGBL is Manager and Head of Shareholders and Institutions Relations Department, which position I have held since 2009.

3. Unless otherwise stated, I have personal knowledge of the matters stated here, and if asked to testify to them, I would do so competently. I am familiar with the facts set forth herein based on my work history and experience at SGBL as well as my review of relevant SGBL records and publicly available information, and on that basis believe them to be true and correct. [Because English is not my native language, I have received assistance from SGBL's United States legal counsel in the correct English phrasing of some of the statements in this Declaration. However, each of the facts set forth in this Declaration are true and correct to the best of my knowledge.]

### SGBL

4. SGBL was established in Lebanon in 1953 as a private joint stock company. SGBL is organized under and subject to the laws of Lebanon, and is regulated by the Banque du Liban, the central bank and regulatory authority for all Lebanese banks.

5. SGBL is the third largest commercial bank in Lebanon. It offers banking, insurance, and financial services to individuals and corporations in Lebanon and neighboring countries.

6. SGBL is not incorporated, licensed, registered as a foreign corporation, or otherwise authorized to conduct business anywhere in the United States.

7. SGBL does not have a branch, office, or other regular place of business anywhere in the United States.

8. SGBL does not have any subsidiaries or other corporate presence in the United States.

9. SGBL does not own, lease, or occupy real property in the United States.

10. SGBL has no employees, directors, or officers in the United States.

11. I understand that this Declaration is not intended to waive any of SGBL's privileges, immunities, objections, or defenses in this action, including but not limited to jurisdictional objections and defenses, all of which are reserved.

I declare under penalty of perjury under the laws of Lebanon and the United States of America that the foregoing is true and correct.

Executed in Beirut, Lebanon, on this 25th day of February, 2021.

Jeanine Kabengi