BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Luke A. Fiedler (State Bar No. 307614)
  lfiedler@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Michael J. Sullivan (BBO No. 487210)
  msullivan@ashcroftlawfirm.com
ASHCROFT LAW FIRM
200 State St., 7th Floor, Boston, MA 02109
Telephone: (617) 573-9400
Facsimile: (617) 933-7607
*(pro hac vice)*

*Attorneys for Defendant Société Générale de Banque au Liban, S.A.L.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DAOUD, an individual, and JOUMANA DAOUD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L., a Société Anonyme Libanaise; ANTOUN SEHNAOUI, an individual; PIKES PEAK NATIONAL BANK, an unknown entity, and DOES 1-100, inclusive,<br>Defendants. | Case No. 8:21-cv-000335-CJC-KES<br><br>**DEFENDANT ANTOUN SEHNAOUI'S DECLARATION IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Cormac J. Carney<br>Date: July 12, 2021<br>Time: 1:30 p.m.<br>Crtrm: 9B |

1765235.2

Case No. 8:21-cv-00035-CJC-KES
DECLARATION OF ANTOUN SEHNAOUI

I, Antoun Sehnaoui, declare the following pursuant to 28 U.S.C. § 1746:

    1.    I am competent to testify, and make this Declaration based on my personal knowledge of the facts set forth herein, in support of my Motion to Dismiss.

    2.    I am not now, nor have I ever, been a resident of the state of Maryland.

    3.    I am not a resident of the United States.

    4.    I am a citizen and resident of the Republic of Lebanon.

    5.    I am the Chairman of Société Générale de Banque au Liban S.A.L.

    6.    I am the Chairman of Pikes Peak National Bank.

    7.    I have not authorized Roger Abi-Zeid or anyone in Maryland to accept service of process on my behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Nice, France on this 25th day of February, 2021.

/s/ *[signature]*
Antoun Sehnaoui