Marc Y. Lazo, SBN: 215998
K&L LAW GROUP, P.C.
2646 Dupont Drive, Suite 60340
Irvine, California 92612
Telephone Number: (949) 216-4002
Facsimile Number: (800) 596-0370
Email: mlazo@kllawgroup.com

Attorneys for Plaintiffs Antoine Daoud and Joumana Daoud

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DAOUD, an individual, and JOUMANA DAOUD, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SOCIETE GENERALE DE BANQUE AU LIBAN, S.A.L., a Societe Anonyme Libanaise; ANTOUN SEHNAOUI, an individual; PIKES PEAK NATIONAL BANK, an unknown entity, and DOES 1-100, inclusive, <br><br> Defendants. | CASE No.: 8:21-cv-000335-CJC-KES <br><br> **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN J. ROBERTS** <br><br> Date: July 12, 2021 <br> Time: 1:30 p.m. <br> Courtroom: 9B <br><br> *Honorable Judge Cormac J. Carney* |

1

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN ROBERTS

Plaintiffs ANTOINE DAOUD and JOUMANA DAOUD ("Plaintiffs") through their attorney of record, hereby objects to the Declaration of Robin J. Roberts (hereinafter, "Roberts Decl.") attached in support of Plaintiffs' Opposition to Defendant PIKES PEAK NATIONAL BANK's Motion to Dismiss First Amended Complaint.

The following are the specific objectionable statements and the evidentiary basis for each objection:

| **PARAGRAPH OF DECLARATION** | **OBJECTION(S)** | **RULING** |
|---|---|---|
| ¶2. "I have been employed by Pikes Peak National Bank ("PPNB") since 1999. My current title at PPNB is President and CEO." | 1. Lacks foundation. FRE *§103, 104, 602*. | Sustained:_____ <br> Overruled:_____ |
| ¶3. "Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify to them, I would do so competently. I am familiar with the facts set forth herein based on my work history and experience at PPNB as well as my review of relevant PPNB records and publicly available information, and on that basis believe them to be true and correct." | 1. Lacks foundation. *Evid. Code §103, 104, 602*. <br> 2. Hearsay. FRE *§§801-807*. <br> 3. Best Evidence Rule. FRE *§1002*. <br> 4. Legal conclusion. | Sustained: _____ <br> Overruled: _____ |

2

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN ROBERTS

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4 | ¶4. "PPNB is an independent bank, incorporated in Colorado, that has served the Pikes Peak region since 1957." | 1. Lacks foundation. FRE *§103, 104, 602* | Sustained: _____<br>Overruled: _____ |
| 5<br>6<br>7<br>8<br>9 | ¶5. "PPNB has four braches, all of which are located in Colorado Springs, Colorado. PPNB has no branches or employees in California." | 1. Lacks foundation. FRE *§103, 104, 602* | Sustained: _____<br>Overruled: _____ |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | ¶6. "No one by the names of Antoine Daoud or Joumana Daoud has ever had any banking relationship with PPNB, according to my review of available records." | 1. Lacks foundation. FRE *§103, 104, 602*<br>2. Hearsay. FRE *§§801-807*<br>3. Best Evidence Rule. FRE *§1002*.<br>4. Lacks Personal Knowledge. FRE *§§801-807* | Sustained: _____<br>Overruled: _____ |
| 21<br>22<br>23<br>24 | ¶7. "I have reviewed the complaint filed against PPNB and other defendants by Antoine and Joumana Daoud." | 1. Lacks foundation. FRE *§103, 104, 602*.<br>2. Best Evidence Rule. FRE *§1002* | Sustained: _____<br>Overruled: _____ |
| 25<br>26<br>27<br>28 | ¶8. "In the complaint, the Daouds claim, among other things, that Societe Generale De Banque Au Liban, S.A.L. ("SGBL"), PPNB, | 1. Lacks foundation. FRE *§103, 104, 602*<br>2. Hearsay. FRE *§§801-807* | Sustained: _____<br>Overruled: _____ |

3

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN ROBERTS

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 7 8 | and Antoun Sehnaoui are "alter egos of one another, and that "any separateness between them has ceased to exist" because SGBL and PPNB are "completely controlled, dominated, managed and operated" by Sehnaoui. These statements are false." | 3. Lacks Personal Knowledge. FRE *§801-807*<br>4. Argumentative. Improper Opinion Testimony. FRE *§§ 701-703* | |
| 9 10 11 12 13 14 15 16 | ¶9. "Sehnaoui privately purchased PPNB with his personal funds—not SGBL's—in 2018. Since then, he has served as PPNB's Chairman." | 1. Lacks Personal Knowledge. FRE *§801-807*<br>2. Lacks foundation. FRE *§103, 104, 602*.<br>3. Hearsay. FRE *§§801-807*<br>4. Speculation. | |
| 17 18 19 20 21 22 23 | ¶10. "Since then, PPNB has continued to maintain an entirely separate existence from SGBL and enjoy its independence as local Colorado Bank." | 1. Legal conclusion.<br>2. Improper Opinion Testimony. FRE *§§ 701-703*<br>3. Lacks foundation. FRE *§103, 104, 602*<br>4. Lacks Personal Knowledge. | |
| 24 25 26 27 28 | ¶11. "PPNB continues to use its own employees. There is no overlap between the employees or day to day management of PPNB and SGBL." | 1. Lacks foundation. FRE *§103, 104, 602* | |

4

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN ROBERTS

| | | |
|---|---|---|
| ¶12. "PPNB observes the requisite corporate formalities." | 1. Lacks foundation. FRE §103, 104, 602<br>2. Legal conclusion. | |
| ¶13. "There is no intermingling of funds between PPNB and SGBL." | 1. Lacks foundation. FRE §103, 104, 603<br>2. Lacks Personal Knowledge. | |
| ¶14. "PPNB conducts no business on behalf of SGBL, or vice versa." | 1. Lacks foundation. FRE §103, 104, 602<br>2. Lacks Personal Knowledge. Hearsay. FRE §§801-807 | |

Dated: June 21, 2021

Respectfully submitted,
K&L LAW GROUP, P.C.

_____
Marc Y. Lazo
Attorneys for Plaintiffs

5

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN ROBERTS

# PROOF OF SERVICE

(C.C.P. Section 1013a and Section 2015.5)

I am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within action.

On July 17, 2020, I served the within **DEFENDANT'S EVIDENTIARY OBJECTIONS TO DECLARATION OF NANCY JUSTISS** on the interested parties in said action as follows:

| Jonathan Hersey<br>CKR Law<br>100 Spectrum Center Drive, Suite 420<br>Irvine, CA 92618 | |
|---|---|
| | |

[X]   BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited within the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on mention of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]   BY PERSONAL SERVICE:  I placed a true copy in a sealed envelope addressed to each person(s) named at the address(es) shown above and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

[ ]   BY E-SERVICE on Counsel for Defendant at the above email address.

[ ]   BY FACSIMILE:  From facsimile number _____, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached hereto.

[ ]   BY FEDERAL EXPRESS: On the above mentioned date, I placed a true copy of the above mentioned document(s) in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by Federal Express to received documents.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.   Executed on July 17, 2020, at Irvine, California.

*[signature]*

---

1

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBIN ROBERTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Rosie Cantillo