BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Luke A. Fiedler (State Bar No. 307614)
  lfiedler@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

ASHCROFT LAW FIRM
Michael J. Sullivan (BBO No. 487210)
  msullivan@ashcroftlawfirm.com
200 State St., 7th Floor
Boston, MA 02109
Telephone: (617) 573-9400
Facsimile: (617) 933-7607
*(Admitted Pro Hac Vice)*

*Attorneys for Defendant Société Générale de Banque au Liban, S.A.L.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DAOUD, an individual, and JOUMANA DAOUD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L., a Société Anonyme Libanaise; PIKES PEAK NATIONAL BANK, an unknown entity, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:21-cv-000335-CJC-KES<br><br>**DECLARATION OF LUKE FIEDLER IN SUPPORT OF DEFENDANT SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN, S.A.L.'s *EX PARTE* APPLICATION FOR ORDER STRIKING DOCKET ENTRY NO. 32-3**<br><br>*Ex Parte Application and [Proposed] Order filed concurrently herewith*<br><br>Judge:  Hon. Cormac J. Carney<br><br>Trial Date:  None Set |

1844709.1

Case No. 8:21-cv-000335-CJC-KES

DECLARATION OF LUKE FIEDLER IN SUPPORT OF DEFENDANT SGBL's *EX PARTE* APPLICATION

# DECLARATION OF LUKE FIEDLER

I, Luke Fiedler, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross O'Brien Annaguey & Ellis LLP, counsel of record for Defendant Société Générale de Banque au Liban, S.A.L. ("SGBL") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On June 23, 2021, at 8:02 a.m., I gave notice of this *ex parte* application to Marc Lazo, counsel of record for Plaintiffs in this case. I utilized the email address Mr. Lazo provided to the Court via ECF, which is the same email address through which counsel have communicated in the past. As of the time this *ex parte* application was filed, Mr. Lazo did not confirm whether Plaintiffs will oppose the application despite several requests. A true and correct copy of my correspondence with Mr. Lazo is attached hereto as **Exhibit A**.

Executed on June 24, 2021 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Luke Fiedler
Luke Fiedler

# Exhibit A

# Luke Fiedler

| | |
|---|---|
| **From:** | Luke Fiedler |
| **Sent:** | Wednesday, June 23, 2021 5:30 PM |
| **To:** | Marc Y. Lazo |
| **Cc:** | Cataldo, Simon; Sullivan, Mike; Thomas P. O'Brien; Harrington, Kelsey |
| **Subject:** | RE: Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644] |

Mr. Lazo,

We previously set forth the basis for our request in our emails sent to you at 8:01 and 11:02 a.m. today. If you do not intend to withdraw the filing, please let us know if Plaintiffs will oppose the *ex parte* application, which we intend to file no later than tomorrow.

Luke

**From:** Marc Y. Lazo <mlazo@kllawgroup.com>
**Sent:** Wednesday, June 23, 2021 4:59 PM
**To:** Luke Fiedler <lfiedler@bgrfirm.com>
**Cc:** Cataldo, Simon <scataldo@ashcroftlawfirm.com>; Sullivan, Mike <msullivan@ashcroftlawfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Harrington, Kelsey <kharrington@ashcroftlawfirm.com>
**Subject:** Re: Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644]

Luke, I do not understand the basis of your request. This document Was never signed by either party

_____

**Marc Y. Lazo, Esq.**
T: 949-216-4000 | D: 949-216-4002

**From:** Luke Fiedler <lfiedler@bgrfirm.com>
**Sent:** Wednesday, June 23, 2021 4:56:39 PM
**To:** Marc Y. Lazo <mlazo@kllawgroup.com>
**Cc:** Cataldo, Simon <scataldo@ashcroftlawfirm.com>; Sullivan, Mike <msullivan@ashcroftlawfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Harrington, Kelsey <kharrington@ashcroftlawfirm.com>
**Subject:** RE: Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644]

Mr. Lazo,

I believe Plaintiffs are required to file a notice of withdrawal before the Clerk of Court can take action removing the filing from the docket. Please advise if Plaintiffs intend to file a notice of withdrawal of Exhibit C to the Daoud Declaration (docket no. 32-3).

If Plaintiffs do intend to file a notice of withdrawal, please confirm that the filing will take place no later than tomorrow, otherwise we intend to proceed with our application at that time in order to remove the filing from the docket without further prejudice to our client.

Luke

**From:** Marc Y. Lazo <mlazo@kllawgroup.com>
**Sent:** Wednesday, June 23, 2021 4:28 PM
**To:** Luke Fiedler <lfiedler@bgrfirm.com>
**Cc:** Cataldo, Simon <scataldo@ashcroftlawfirm.com>; Sullivan, Mike <msullivan@ashcroftlawfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Harrington, Kelsey <kharrington@ashcroftlawfirm.com>
**Subject:** Re: Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644]

How do you want us to withdraw it?

_____

**Marc Y. Lazo, Esq.**
T: 949-216-4000 | D: 949-216-4002

---

**From:** Luke Fiedler <lfiedler@bgrfirm.com>
**Sent:** Wednesday, June 23, 2021 11:02:23 AM
**To:** Marc Y. Lazo <mlazo@kllawgroup.com>
**Cc:** Cataldo, Simon <scataldo@ashcroftlawfirm.com>; Sullivan, Mike <msullivan@ashcroftlawfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Harrington, Kelsey <kharrington@ashcroftlawfirm.com>
**Subject:** RE: Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644]

Mr. Lazo,

After you shared with us that your clients were in settlement discussions with our clients, we confirmed as much with our clients but understood from them that these discussions were intended and expected to be and remain confidential. Indeed, as stated in my previous email, the draft document states clearly that these discussions were intended to remain confidential.

It is therefore our position that settlement discussions between the parties, including this draft agreement, should remain confidential. Including a copy of this draft agreement in your filings is inconsistent with and violates the confidential nature of the discussions. If you have no intentions of withdrawing this document, we will need to move forward per my earlier email. Please let us know if you intend to oppose the application.

Luke

---

**From:** Marc Y. Lazo <mlazo@kllawgroup.com>
**Sent:** Wednesday, June 23, 2021 9:28 AM
**To:** Luke Fiedler <lfiedler@bgrfirm.com>
**Cc:** Cataldo, Simon <scataldo@ashcroftlawfirm.com>; Sullivan, Mike <msullivan@ashcroftlawfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Harrington, Kelsey <kharrington@ashcroftlawfirm.com>
**Subject:** Re: Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644]

Luke, this document was never signed by anyone. What are you talking about?

_____

**Marc Y. Lazo | Shareholder**
2646 Dupont Drive, Suite 60340; Irvine, CA 92612
T: 949-216-4000 | D: 949-216-4002 | F: 800-596-0370
mlazo@kllawgroup.com | www.kllawgroup.com



🌲 Please consider the environment before printing this email

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (949-216-4000) or by electronic mail (info@kllawgroup.com) and then delete this message and all copies and backups thereof. Thank you.

**From:** Luke Fiedler <lfiedler@bgrfirm.com>
**Sent:** Wednesday, June 23, 2021 8:01:42 AM
**To:** Marc Y. Lazo <mlazo@kllawgroup.com>
**Cc:** Cataldo, Simon <scataldo@ashcroftlawfirm.com>; Sullivan, Mike <msullivan@ashcroftlawfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Harrington, Kelsey <kharrington@ashcroftlawfirm.com>
**Subject:** Daoud v. SGBL et al. [IWOV-DOCSLA.FID370644]

Mr. Lazo,
Plaintiffs' recent filings in opposition to the motions to dismiss include Exhibit C to the Daoud declaration (docket no. 32-3). As you know, this exhibit discloses on the public docket a copy of a draft confidential settlement agreement negotiated between our respective clients. Paragraph 11 of this document sets forth an extensive confidentiality provision prohibiting public disclosures such as your recent filing.

For this reason, we request that you withdraw Exhibit C no later than the close of business today. We intend to apply to the court *ex parte* to strike Exhibit C from the docket and seek attorneys' fees related to the motion in the event you elect not to withdraw this exhibit. Pursuant to LR 7-19.1, please let us know no later than 5 p.m. today if you intend to oppose the application.
If you have any questions, please let us know.

**BGR | BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**

**Luke Fiedler** | Associate
801 S. Figueroa Street, Suite 2000
Los Angeles, California  90017
Main 213.725.9800 | Fax 213.725.9808
lfiedler@bgrfirm.com
www.bgrfirm.com

---

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

---

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____